**Order entered December 9, 2019**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00299-CR

**KENNETH ALLEMAN MIDGLEY, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82836-2017**

## ORDER

Before the Court is appellant's December 5, 2019 pro se motion to obtain a court order for affidavits from Dr. Compton. We **DENY** the motion. See TEX. R. APP. P. 34.1 ("The appellate record consists of the clerk's record and, if necessary to the appeal, the reporter's record."); *Gelabert v. State*, 712 S.W.2d813, 816 (Tex. App.—Houston [1st Dist.] 1986, pet. ref'd) (party may not offer additional testimony in case after testimony is closed and sentence pronounced). Appellant's pro se response is due **January 31, 2020**.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to counsel for the State and a copy of this order, by first class mail, to Kenneth Alleman Midgley II; TDCJ No. 02252631; Allred Unit; 2101 FM 369 North; Iowa Park, Texas 76367.

.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE